**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Ricky Gail PIERCE, Sr., also known as Preacher, Defendant–
Appellant.**

No. 06–60067
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 19, 2007.

James Donald Maxwell, II, U.S. Attorney's Office, Northern District of Mississippi, Oxford, MS, for Plaintiff–Appellee.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Ricky Gail Pierce, Sr., Butner, NC, pro se.

Thomas Constantine Levidiotis, Oxford, MS, for Defendant–Appellant.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ricky Gail Pierce, Sr. has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Pierce has filed a response. The record is insufficiently developed to allow consideration at this time of Pierce's claims of ineffective assistance of counsel. *See United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006). Our independent review of the record, counsel's brief, and Pierce's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.